UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
          :
AKUA DONKOR,         :
          :
        Plaintiff,  :
          :      23-CV-369 (VSB)
    - against -  :
          :      **ORDER**
WEILL CORNELL MEDICAL COLLEGE,  :
          :
        Defendant.  :
          :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On February 27, 2025, I issued an Opinion & Order granting Defendant's motion to dismiss the claims in Plaintiff's complaint and granting Plaintiff leave to file an amended complaint no later than March 20, 2025. (Doc. 12.) To date, Plaintiff has not filed an amended complaint or taken any other action indicating an intent to continue to prosecute this action. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint no later than April 11, 2025. If Plaintiff fails to do so, or fails to otherwise demonstrate an intent to prosecute this action, I will dismiss this case for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: April 4, 2025
      New York, New York

                                     Vernon S. Broderick
                                     United States District Judge