```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AKUA DONKOR,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :    23-CV-369 (VSB)
              - against -                                   :
                                                            :         ORDER
WEILL CORNELL MEDICAL COLLEGE,                              :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On February 27, 2025, I issued an Opinion & Order granting Defendant's motion to dismiss the claims in Plaintiff's complaint and granting Plaintiff leave to file an amended complaint no later than March 20, 2025. (Doc. 12.) Plaintiff did not meet that deadline, and on April 4, 2025, I ordered Plaintiff to file any amended complaint by April 11, 2025, warning that failure to do so or otherwise demonstrate an intent to prosecute the case would result in dismissal under Federal Rule of Civil Procedure 41(b). (Doc. 13.) To date, Plaintiff has not filed an amended complaint or taken any other action to prosecute this case.

Accordingly, the action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: April 14, 2025
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge